IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 5:22-CV-00170-D |
| ) | |
| HALLIBURTON ENERGY ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| STONETRUST COMMERCIAL ) | |
| INSURANCE COMPANY ) | |
| AS SUBROGEE ) | |
| OF SWAGGIN WAGON, INC., ) | |
| ) | |
| Intervenor. ) | |

## STONETRUST COMMERCIAL INSURANCE COMPANY'S COMPLAINT IN INTERVENTION

Intervenor Stonetrust Commercial Insurance Company, as subrogee of Swaggin Wagon, Inc., through its counsel, Latham, Steele, Lehman, Keele, Ratcliff, Freije & Carter, PC, and files its Complaint in Intervention in the above-captioned action.

## I. PARTIES

1. Intervenor Stonetrust Commercial Insurance Company ("Stonetrust"), is a Connecticut corporation, licensed and in good standing to conduct business in the state of Oklahoma, with a principal business address of 5615 Corporate Blvd, Ste. 800, Baton Rouge, Louisiana 70808. At all times relevant herein, Stonetrust provided a policy of workers compensation insurance to Swaggin Wagon, Inc..

2. Defendant Halliburton Energy Services, Inc. ("Halliburton") is a foreign for-profit corporation licensed to conduct business in the State of Oklahoma, with a

principal business address of 3000 N. Sam Houston Parkway East, Houston, Texas, 77032.

3. Plaintiff was at all times herein an individual resident of the State of Oklahoma.

## II. JURISDICTION

4. Jurisdiction is proper in this Court and the amount in controversy exceeds the minimum jurisdictional limits of this Court.

5. Intervenor Stonetrust adopts and incorporates the jurisdictional allegations made by Plaintiffs.

## III. VENUE

6. Venue is proper in this Court as action that forms the basis of this lawsuit occurred in the Western District of Oklahoma.

7. Intervenor Stonetrust adopts and incorporates the venue allegations made by Plaintiffs.

## IV. GENERAL ALLEGATIONS

8. On or about April 29, 2020, Plaintiff sustained injuries arising out of the course and scope of his employment with Swaggin Wagon, Inc.

9. That as a result of this injury, covered by the terms and provisions of the Oklahoma Administrative Workers' Compensation Act, Stonetrust has to date paid in excess of $30,000.00 in workers' compensation benefits on behalf of Plaintiff, Jeffrey Brown.

10. That pursuant to 85A O.S. §43(A)(1)(b), the Intervenor would show the Court that Plaintiff has elected to take compensation under the Oklahoma Administrative

Workers' Compensation Act and pursue the third parties in this cause of action, thus the Intervenor, by virtue of said statutory authority, is entitled to join this proceeding and to seek reimbursement from the Defendant herein for its statutory share of all sums paid and to be paid as a result of its obligation to Plaintiff herein under the Oklahoma Administrative Workers' Compensation Act.

11.     Pursuant to *Fed.R.Civ.P.* 24, Stonetrust shall be permitted to intervene in this action as a matter of right. *See also Okla. Stat.* tit. 12 §2024.

**WHEREFORE**, premises considered, Stonetrust prays that this Court enter judgment in its favor against the Defendants in an amount in excess of $30,000.00 together with any additional benefits paid by Stonetrust, costs, interest, attorney fees and all other relief that may be just and equitable.

Respectfully submitted,

LATHAM, STEELE, LEHMAN
KEELE, RATCLIFF, FREIJE & CARTER, P.C.


  s/Brian Carter
Bob Latham, OBA #15799
Brian L. Carter, OBA #20647
Hunter M. Siex, OBA # 33271
1515 E. 71st Street, Suite 200
Tulsa, Oklahoma 74136
(918) 970-2000 Telephone
(918) 970-2002 Facsimile
blatham@law-lsl.com
bcarter@law-lsl.com
hsiex@law-lsl.com

*Attorneys for Intervenor*
 *Stonetrust Commercial Insurance Company*

## **CERTIFICATE OF MAILING**

The undersigned hereby declares the above document was electronically delivered in its entirety to all counsel of records via the Court's ECF system on this 20th day of April, 2022.

Bill Reynolds
Caddell Reynolds, P.A.
P.O. Box 184
122 N. 11th St.
Fort Smith, AR 72902
Telephone - (479) 782-5184
*Attorney for Plaintiff*

Caitlin Wilguess
Gerald Green
Hailey Hopper
Pierce, Couch, Hendrickson,
Baysinger & Green
P.O. Box 26350
1109 N. Francis Ave.
Oklahoma City, OK 73126
Telephone – (405) 235-1611
*Attorneys for Defendant*

                                                  _s/Brian Carter_____