# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY BROWN,<br>　　　　Plaintiff,<br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br>　　　　Defendant,<br><br>STONETRUST COMMERCIAL<br>INSURANCE COMPANY<br>AS SUBROGEE OF SWAGGIN<br>WAGON, INC.,<br>　　　　Intervenor. | Case No. 5:22-cv-170-D |

## JUDGMENT

Pursuant to the Order issued this date, this action is dismissed without prejudice to refiling but subject to the conditions on refiling set forth in the Order.

Entered this 22nd day of December, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge